UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br>vs.<br><br>State of Minnesota; City of Minneapolis, Minnesota; City of St. Paul, Minnesota; Hennepin County, Minnesota; Keith Ellison, Attorney General of Minnesota, in his official capacity; Dawanna S. Witt, Hennepin County Sheriff, in her official capacity,<br><br>    Defendants. | Case No. 25-cv-03798-JMB-JFD.<br><br>**NOTICE OF APPEARANCE** |

TO: The Clerk of Court for the United States District Court for the District of Minnesota and Plaintiff, through counsel of record.

**PLEASE TAKE NOTICE** that the undersigned enters his appearance as Counsel for Defendants State of Minnesota and Minnesota Attorney General Keith Ellison in the above-captioned matter. All pleadings, orders, notices, and other documents in this matter should be directed to the undersigned.

Dated: November 21, 2025

             KEITH ELLISON
             Attorney General
             State of Minnesota

             **s/ Joseph Richie**
             JOSEPH RICHIE
             Assistant Attorney General
             Atty. Reg. No. 0400615
             445 Minnesota Street, Suite 600
             St. Paul, Minnesota 55101-2125
             (651) 300-0921 (Voice)
             (651) 282-5832 (Fax)
             Joseph.Richie@ag.state.mn.us

             *Attorneys for Defendants State of Minnesota and Minnesota Attorney General Keith Ellison*