UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | File No. 25-CV-03798 (JMB/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| State of Minnesota, City of Minneapolis, Minnesota, City of St. Paul, Minnesota, Keith Ellison, and Dawanna S. Witt, | |
| Defendants. | |

---

This matter has been assigned to the undersigned. Pursuant to 28 U.S.C. § 455, the undersigned recuses himself from hearing this matter.

**THEREFORE, IT IS HEREBY ORDERED** that, pursuant to this Court's Order for Assignment of Cases dated July 19, 2021, this action shall be resubmitted to the Clerk of Court for reassignment.

IT IS FURTHER ORDERED that a copy of this Order shall be filed in the above-captioned action.

Dated: November 24, 2025

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court

1