## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civ. No. 25-3798 (JWB/JFD) |
| Plaintiff, | |
| v. | |
| State of Minnesota, et al., | **ORDER OF RECUSAL** |
| Defendants. | |

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses in this matter.

Date: November 25, 2025

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge