UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 25-cv-03798-ECT-JFD |
| Plaintiff, | |
| vs. | **ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND** |
| State of Minnesota; City of Minneapolis, Minnesota; City of St. Paul, Minnesota; Hennepin County, Minnesota; Keith Ellison, Attorney General of Minnesota, in his official capacity; Dawanna S. Witt, Hennepin County Sheriff, in her official capacity, | |
| Defendants. | |

This matter is before the Court on the stipulation between Plaintiff United States of America and Defendants State of Minnesota; Keith Ellison, Attorney General of Minnesota, in his official capacity; City of St. Paul, Minnesota; Hennepin County, Minnesota; and Dawanna S. Witt, Hennepin County Sheriff, in her official capacity ("Stipulating Defendants") (Dkt. No. 13). The Court has reviewed the stipulation and finds it sets forth good cause for the requested extension. Therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint is in all respects **GRANTED**;

2. The Stipulating Defendants must answer or otherwise respond to Plaintiff's Complaint on or before January 7, 2026.

2

3. If the Stipulating Defendants respond to the Complaint with motions under Federal Rule of Civil Procedure 12(b), Plaintiff's opposition to those motions will be due on or before February 6, 2026 and the Stipulating Defendants' replies in further support of the motions will be due on or before February 20, 2026.

BY THE COURT:

Dated: December 8, 2025

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge