**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Case No. 0:25-cv-03798 (ECT/JFD) |
| Plaintiff, | |
| vs. | **HENNEPIN COUNTY DEFENDANTS'** |
| State of Minnesota; City of Minneapolis, Minnesota; City of St. Paul, Minnesota; Hennepin County, Minnesota; Keith Ellison, Attorney General of Minnesota, in his official capacity; Dawanna S. Witt, Hennepin County Sheriff, in her official capacity, | **MOTION TO DISMISS** |
| Defendants. | |

PLEASE TAKE NOTICE that Defendants Hennepin County and Dawanna S. Witt move to dismiss pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. This motion is based on the records and file of this case, including the memorandum of law filed in support of this motion and any argument that may be made at a hearing on this motion.

Respectfully submitted,

Dated:  January 7, 2026

MARY F. MORIARTY
Hennepin County Attorney

*s/ Sarah McLaren*
SARAH MCLAREN (0345878)
Sr. Assistant County Attorney
LEAF MCGREGOR (0389140)
SPENCER DAVIS-VANNESS (0402894)
Assistant County Attorneys
300 South Sixth Street, A-1200
Minneapolis, MN  55487
(651) 348-5532
Sarah.McLaren@hennepin.us
Leaf.McGregor@hennepin.us
Spencer.Davis-VanNess@hennepin.us

*Attorneys for Defendants Hennepin County,*
*Minnesota and Dawanna S. Witt, Hennepin*
*County Sheriff, in her official capacity*

2