# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
### St. Paul Division

United States of America,

    Plaintiff,

v.

State of Minnesota; City of Minneapolis,
Minnesota; City of St. Paul, Minnesota;
Hennepin County, Minnesota; Keith
Ellison, Attorney General of Minnesota, in
His official capacity; Dawanna S. Witt,
Hennepin County Sheriff, in her official
Capacity,

    Defendants.

Court File No. 0:25-cv-03798

The Honorable Judge Eric C. Tostrud

---

## CITY OF ST. PAUL, MINNESOTA'S MOTION TO DISMISS

---

PLEASE TAKE NOTICE that Defendant St. Paul, Minnesota will move to dismiss Plaintiff's Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. This motion is based on the records and file of this case, including the memorandum of law filed in support of this motion and any argument that may be made at a hearing on this motion.

IRENE KAO
City Attorney

Dated:  January 7, 2026

*/s/ Alexander Hsu*
Alexander Hsu, #0399275
Assistant City Attorney
750 City Hall and Court House
15 West Kellogg Boulevard
Saint Paul, MN 55102
651-266-8769
colin.laffey@ci.stpaul.mn.us

*Attorneys for Defendants City of
Saint Paul, Minnesota*

2