UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

St. Paul Division

| | |
|---|---|
| United States of America, | Court File No. 0:25-cv-03798 |
| Plaintiff, | The Honorable Judge Eric C. Tostrud |
| v. | |
| State of Minnesota; City of Minneapolis, Minnesota; City of St. Paul, Minnesota; Hennepin County, Minnesota; Keith Ellison, Attorney General of Minnesota, in His official capacity; Dawanna S. Witt, Hennepin County Sheriff, in her official Capacity, | |
| Defendants. | |

**LOCAL RULE 7.1(F) WORD COUNT COMPLIANCE CERTIFICATE**

I certify that the memorandum entitled Defendant City of St. Paul, Minnesota's Memorandum of Law in Support of its Motion to Dismiss complies with Local Rule 7.1(f). I further certify that, in preparation of the above document, I used the following word processing program and version: Microsoft Word 2010 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above document contains the following number of words: 9,997

Dated:  January 7, 2026

IRENE KAO

City Attorney

*/s/ Alexander Hsu*

Alexander Hsu, #0399275
Assistant City Attorney
750 City Hall and Court House
15 West Kellogg Boulevard
Saint Paul, MN 55102
651-266-8769
colin.laffey@ci.stpaul.mn.us

*Attorneys for Defendants City of Saint Paul, Minnesota*