UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States of America,

           Plaintiff,

    vs.

State of Minnesota; City of Minneapolis, Minnesota; City of St. Paul, Minnesota; Hennepin County, Minnesota; Keith Ellison, Attorney General of Minnesota, in his official capacity; Dawanna S. Witt, Hennepin County Sheriff, in her official capacity,

           Defendants.

Case No. 25-cv-03798-ECT-JFD

**DEFENDANTS STATE OF MINNESOTA AND KEITH ELLISON'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants State of Minnesota and Keith Ellison, Attorney General of Minnesota, in his official capacity, move pursuant to Federal Rules of Civil Procedure 12(b)(1) & (6) to dismiss all claims against them with prejudice. This Motion is based upon all files, records and proceedings herein, including the Memorandum of Law filed and served herewith.

Dated:  January 7, 2026

KEITH ELLISON
Attorney General
State of Minnesota

***/s/ Brian S. Carter***
BRIAN CARTER
Special Assistant Attorney General
Atty. Reg. No. 0390613

JOSEPH RICHIE
Assistant Attorney General
Atty. Reg. No. 0400615

2

445 Minnesota Street, Suite 600
St. Paul, MN 55101-2125
(651) 300-7403 (Brian Carter)
(651) 300-0921 (Joseph Richie)
(651) 282-5832 (Fax)
Brian.Carter@ag.state.mn.us
Joseph.richie@ag.state.mn.us

*Attorneys for Defendants State of Minnesota and Minnesota Attorney General Keith Ellison, in his official capacity*

|#6240891-v1