UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 25-cv-03798-ECT-JFD |
| Plaintiff, | |
| vs. | **LR 7.1(f) AND (h) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS STATE OF MINNESOTA AND KEITH ELLISON'S MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| State of Minnesota; City of Minneapolis, Minnesota; City of St. Paul, Minnesota; Hennepin County, Minnesota; Keith Ellison, Attorney General of Minnesota, in his official capacity; Dawanna S. Witt, Hennepin County Sheriff, in her official capacity, | |
| Defendants. | |

I, Brian Carter, certify that the:

☒ Memorandum titled: Defendants State of Minnesota and Keith Ellison's Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Complaint complies with Local Rules 7.1(f) and 7.1(h).

☒ I further certify that, in preparation of this document, I used Microsoft Office 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

☒ I further certify that the above document contains 8474 words.

Dated: January 7, 2026

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

*/s/ Brian S. Carter*
BRIAN S. CARTER
Special Assistant Attorney General
Atty. Reg. No. 0390613

JOSEPH RICHIE
Assistant Attorney General
Atty. Reg. No. 0400615

445 Minnesota Street, Suite 600
St. Paul, MN 55101-2125
(651) 300-7403 (Brian Carter)
(651) 300-0921 (Joseph Richie)
(651) 282-5832 (Fax)
Brian.Carter@ag.state.mn.us
Joseph.richie@ag.state.mn.us

*Attorneys for Defendants State of Minnesota and Minnesota Attorney General Keith Ellison, in his official capacity*

|#6240928-v1