# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# ST. PAUL DIVISION

| | |
|---|---|
| United States of America, | Case No. 0:25-CV-03798 (ECT/JFD) |
| Plaintiff, | |
| v. | **DEFENDANT CITY OF MINNEAPOLIS' MOTION TO DISMISS** |
| State of Minnesota; City of Minneapolis, Minnesota; City of St. Paul, Minnesota; Hennepin County, Minnesota; Keith Ellison, Attorney General of Minnesota, in his official capacity; Dawanna S. Witt, Hennepin County Sheriff, in her official capacity; | |
| Defendants. | |

Defendant City of Minneapolis hereby moves the Court pursuant to Rule 12(b)(1), 12(b)(4), 12(b)(4) and 12(b)(6) of the Federal Rules of Civil Procedure for an Order dismissing Counts 1, 2, 3, 6, and 7, of Plaintiff's Complaint, that is all counts against Defendant City of Minneapolis. This Motion is made upon all the files, records and proceedings herein, including arguments of counsel at a hearing before the Court.

Dated:  January 29, 2025

KRISTYN ANDERSON
City Attorney

By: */s/Heather Robertson*
HEATHER P. ROBERTSON (#390470)
SARA J. LATHROP (#310232)
MUNAZZA HUMAYUN (#0390788)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 299-2742
(612) 431-1826
(612) 431-2468
heather.robertson@minneapolismn.gov
sara.lathrop@minneapolismn.gov
munazza.humayun@minneapolismn.gov

*Attorneys for Defendant City of Minneapolis*

2