# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# ST. PAUL DIVISION

| | |
|---|---|
| United States of America, | Case No. 0:25-CV-03798 (ECT/JFD) |
| Plaintiff, | |
| v. | **MEET AND CONFER STATEMENT** |
| State of Minnesota; City of Minneapolis, Minnesota; City of St. Paul, Minnesota; Hennepin County, Minnesota; Keith Ellison, Attorney General of Minnesota, in his official capacity; Dawanna S. Witt, Hennepin County Sheriff, in her official capacity; | |
| Defendants. | |

On behalf of Defendant City of Minneapolis, I hereby certify that I emailed Plaintiff's counsel, on January 28, 2026, regarding the Defendant City of Minneapolis' Motion to Dismiss. While Plaintiff's counsel did not directly respond to the email, in other communications attempting to schedule the motion hearing date, Plaintiff's counsel indicated that they were provisionally willing to draft a response to the City of Minneapolis' motion by the February 6 deadline for Plaintiff's response to the other Defendants' Motions to Dismiss. This indicates that Plaintiff and Defendant City of Minneapolis are not able to agree on resolution of any part of the motion.

Dated:  January 29, 2026         KRISTYN ANDERSON
                                 City Attorney

                                 By: */s/Heather Robertson*
                                 HEATHER ROBERTSON (#0390470)
                                 SARA J. LATHROP (#310232)
                                 MUNAZZA HUMAYUN (#0390788)
                                 Assistant City Attorneys
                                 Minneapolis City Attorney's Office
                                 350 South Fifth Street
                                 Minneapolis, MN 55415
                                 (612) 299-2742
                                 (612) 431-1826
                                 (612) 431-2468
                                 heather.robertson@minneapolismn.gov
                                 sara.lathrop@minneapolismn.gov
                                 munazza.humayun@minneapolismn.gov

                                 *Attorneys for Defendant City of Minneapolis*