**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 0:25-cv-03798-ECT-JFD |
| STATE OF MINNESOTA, *et al.*, | ) |
| | ) |
|    Defendants. | ) |
| _____ | ) |

**UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZE CONSOLIDATED**
**OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

The United States respectfully moves for leave to file a consolidated opposition to Defendants' four motions to dismiss of no more than 15,000 words, an increase of 3,000 words over the 12,000-word limit. Good cause supports this limited enlargement.

**Legal Standard**

Local Rule 7.1(f) establishes a 12,000-word limit for memoranda opposing dispositive motions unless the Court orders otherwise. Courts typically require that a request to exceed an applicable page or word limitation be supported by good cause, and they retain discretion to permit modest enlargements where necessary to ensure full and orderly presentation of the issues. *See, e.g.*, *Univ. v. Des Moines Area Cmty. Coll. Found.*, 2024 WL 4016779, at *1 n.2 (S.D. Iowa Aug. 6, 2024).

**Good Cause Exists**

Good cause exists here for two principal reasons. First, the United States is responding to four separate motions to dismiss—filed by different defendants and raising

1

overlapping but distinct arguments—in a single, consolidated opposition. Consolidated briefing promotes efficiency, avoids duplication, and conserves judicial resources. But responding to multiple motions in one filing necessarily requires addressing numerous arguments and defendant-specific issues within a single memorandum. A modest increase in the word limit is necessary to do so clearly and coherently.

Second, the motions to dismiss raise multiple complex and potentially dispositive issues, including Article III standing, justiciability doctrines, timely service under Rule 4(m), federal preemption under the Supremacy Clause, and the Tenth Amendment and anti-commandeering principles. Each issue involves distinct legal standards and requires careful engagement with statutory text, constitutional doctrine, and precedent. The requested increase is narrowly tailored to allow the United States to address these issues in an organized manner without unnecessary compression or omission.

## No Prejudice and Judicial Economy

The requested enlargement will not prejudice Defendants. The United States seeks only a limited increase proportionate to the number of motions and the breadth of issues presented. Allowing a single consolidated opposition of up to 15,000 words will streamline the briefing and assist the Court in resolving the motions efficiently.

## Conclusion

For the foregoing reasons, the United States respectfully requests leave to file a consolidated opposition to Defendants' motions to dismiss not to exceed 15,000 words. On January 30, 2026, all Defendants stated via email that they do not oppose this request.

Dated: January 30, 2026

BRETT A. SHUMATE
Assistant Attorney General,
Civil Division

DREW ENSIGN
Deputy Assistant Attorney General,
Office of Immigration Litigation

TIBERIUS DAVIS
Counsel to the Assistant Attorney General

ELIANIS PEREZ
Assistant Director

Respectfully submitted,

*/s/ Julian M. Kurz*
JULIAN M. KURZ
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation,
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-7283
julian.m.kurz@usdoj.gov

*Counsel for Defendants*