UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>v.<br><br>State of Minnesota; City of Minneapolis, Minnesota; City of St. Paul, Minnesota; Hennepin County, Minnesota; Keith Ellison, *Attorney General of Minnesota, in his official capacity*; Dawanna S. Witt, *Hennepin County Sheriff, in her official capacity*,<br><br>      Defendants. | File No. 25-cv-3798 (ECT/JFD)<br><br>**ORDER** |

---

Plaintiff United States of America filed a motion for leave to file a consolidated opposition to Defendants' motions to dismiss above the 12,000-word limit. ECF No. 43. Defendants have filed four separate motions to dismiss. *Id.* at 1–2; *see* ECF Nos. 17, 23, 29, 36. The United States seeks to file a combined reply of no more than 15,000 words. ECF No. 43 at 1. Defendants do not oppose the request. *Id.* at 2.

For good cause shown, and based on all the files, records, and proceedings herein, the United States's motion [ECF No. 43] is **GRANTED**.

**SO ORDERED**.

Dated: January 30, 2026

                                                    s/ Eric C. Tostrud
                                                    Eric C. Tostrud
                                                    United States District Court