UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF MINNESOTA, *et al.*, <br><br> Defendants. | Civ. No. 25-cv-3798 <br> (ECT/JFD) |

_____

**MOTION OF THE UNITED STATES CONFERENCE OF MAYORS, ONE HUNDRED AND THIRTY-EIGHT CITIES, COUNTIES, AND ELECTED OFFICIALS FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

_____

The United States Conference of Mayors, Cities, Counties, and Elected Officials (collectively "Proposed Amici"), hereby move for leave to appear as *amicus curiae* and file an amicus brief in support of Defendants' motion to dismiss. Amici state as follows:

1. Proposed Amici are one hundred and thirty-eight cities, counties, and local elected officials across the country.

2. "A determination on a request to participate as amicus curiae is discretionary, and 'the court . . . may grant or refuse leave according as it deems the proffered information timely, useful, or otherwise.'" *Murphy by Murphy v. Piper*, No. CV 16-2623 (DWF/BRT), 2018 WL 2088302, at *11 (D. Minn. May 4, 2018) (quoting *Richland/Wilkin Joint Powers Auth. v. U.S. Army Corps of Eng'rs*, 38 F. Supp. 3d 1043, 1055 (D. Minn. 2014)).

3. Here, Proposed Amici provide information that is timely and useful. In particular, the proposed brief describes the extensive social science research Proposed Amici have collected supporting the adoption of so-called sanctuary policies. This research demonstrates that such policies make local jurisdictions safer, healthier, and more economically prosperous.

4. The perspective Proposed Amici provide is particularly relevant because many of Proposed Amici have adopted policies similar to those at issue in this case and several of Proposed Amici face similar lawsuits filed by the federal government. In this case, as in other similar cases, the federal government attempts to upset the careful balance of power inherent in principles of federalism and to remove local government authority to adopt law enforcement policies that advance the interests of their communities. Proposed Amici have a strong interest in ensuring that their jurisdictions retain the ability to organize their own law enforcement priorities without improper interference from the federal government.

3

5. A copy of the proposed brief has been submitted with this motion.

6. Undersigned counsel contacted counsel for the parties to this litigation by email on January 30, 2026 to seek their position regarding this motion. Both counsel for Plaintiff and counsel for Defendants consented to the filing of an amicus brief.

## CONCLUSION

For the foregoing reasons, Proposed Amici respectfully request that the Court grant the motion for leave to appear as *amicus curiae* and to file the attached brief.

Dated: February 5, 2026

Submitted By:

/s/ Daniel E. Gustafson
Daniel E. Gustafson (#202241)
Abou B. Amara, Jr. (#401146)
Gustafson Gluek PLLC
120 South Sixth Street
Suite 2600
Minneapolis, MN 55402
dugstafson@gustafsongluek.com
aamara@gustafsongluek.com

/s/ Graham Provost
Graham Provost*
Toby Merrill*
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
graham@publicrightsproject.org
toby@publicrightsproject.org

/s/ Karianne Jones
Karianne Jones*
Evergreen Legal Strategies LLP
1763 Columbia Rd NW, Suite 100
Washington, D.C. 20009
karianne@evergreenlegalstrategies.com

*Application for admission pro hac vice forthcoming

*Attorneys for Proposed Amici Curiae*
*United States Conference of Mayors,*
*Cities, Counties,*
*and Elected Officials*