# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,      )
         )
    Plaintiff,      )
         )
    v.      )
         )  **Case No. 0:25-cv-03798-ECT-JFD**
STATE OF MINNESOTA, *et al.*,      )
         )
    Defendants.      )
_____  )

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Rule 83.7(b) of the Local Rules, I hereby withdraw my appearance as counsel for the United States. Moving forward, the United States will be represented by Tiberius Davis and attorneys of the Civil Division's Enforcement and Affirmative Litigation Branch.

Dated: May 22, 2026

BRETT A. SHUMATE
Assistant Attorney General,
Civil Division

MATT SEAMON
Assistant Director,
Office of Immigration Litigation

Respectfully submitted,

*/s/ Julian M. Kurz*
JULIAN M. KURZ
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation,
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-7283
julian.m.kurz@usdoj.gov

*Counsel for Plaintiff*