# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 0:25-cv-03798-ECT-JFD |
| STATE OF MINNESOTA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## UNITED STATES' RESPONSE TO SUPPLEMENTAL AUTHORITY

The United States responds to Defendants latest Notice of Supplemental Authority (ECF 72) regarding the decision in *United States v. City of Boston*, 2026 WL 1493706 (D. Mass. May 28, 2026). There, the district court found a lack of redressability because the Massachusetts Supreme Court's decision in *Lunn v. Commonwealth*, 78 N.E.3d 1143, 1160 (2017) also prevented Boston from honoring detainers. Thus even if the Boston Trust Act was enjoined, it would provide no relief. This is precisely why the United States is challenging the Minnesota Constitution as interpreted by the Minnesota Attorney General and why the United States brought so many claims against so many Defendants: to avoid a situation where multiple laws independently cause the injury and thus enjoining one provides no redress. If anything, this ruling underscores why the United States has standing against the various Defendants and laws here. The other ruling by the District of Massachusetts was that the savings clause in the Boston Trust Act meant that the law did not injure the United States for purposes of information sharing. The District of Massachusetts conflated its interpretation of Section 1373 (which goes to the merits) with standing. Here, the parties

1

dispute the scope of 8 U.S.C. § 1373. Defendants do not contest that their laws prohibit sharing information that the United States believes is covered by Section 1373. Thus the law causes an injury to the United States by preventing the sharing of that information. If this Court interprets Section 1373 the same as the United States and Defendants then allow that information to be shared under their laws' saving clauses, that would provide full redress for those claims. But until that happens, the laws cause a redressable injury and thus the United States has standing.

Dated: June 5, 2026

BRETT A. SHUMATE
Assistant Attorney General,
Civil Division

Respectfully submitted,

 s/ Tiberius Davis
TIBERIUS DAVIS
   *Counsel to the Assistant Attorney*
      *General*
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Avenue NW
   Washington, DC 20530
   (202)-860-8970

*Counsel for Plaintiffs*